THE STATE EX REL. ROUTT, APPELLEE, *v.* INDUSTRIAL
COMMISSION OF OHIO, APPELLANT.

[Cite as *State ex rel. Routt v. Indus. Comm.*
(2001), 93 Ohio St.3d 498.]

(No. 01–567—Submitted September 18, 2001—Decided October 31, 2001.)

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

COOK, **J., dissenting.** I respectfully dissent. I would reverse the judgment of the court of appeals for the reasons stated in the opinions of the appellate court's dissenting judge and the magistrate.

*Philip J. Fulton & Associates* and *Jonathan H. Goodman,* for appellee.

*Betty D. Montgomery,* Attorney General, and *Kimberly M. Connett,* Assistant Attorney General, for appellant.